IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REGINALD D. HARRIS, # S-12983,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 14-cv-1006-NJR |
| | ) |
| **LAWRENCE CORRECTIONAL CENTER,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Nancy J. Rosenstengel, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall not count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: October 27, 2014

JUSTINE FLANAGAN, ACTING CLERK


By: s/ Tanya Kelley
Deputy Clerk

APPROVED:  *Nancy J. Rosenstengel*
Nancy J. Rosenstengel
United States District Judge